**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JOHN KIRBY WRIGHT,                                                                                    PLAINTIFF
ADC #99769

v.                                              2:16CV00083-JLH-JTK

MIKE WARNER, et al.                                                                                  DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the new hearing in the

form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.

Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

**DISPOSITION**

**I.    INTRODUCTION**

Plaintiff John Kirby Wright, a state inmate proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983, together with a Motion to Proceed In Forma Pauperis pursuant to 28 U.S.C. § 1915, and a Motion to Appoint Counsel (Doc. Nos. 1, 3). Although Plaintiff submitted a declaration that makes the showing required by § 1915(a), his Motions should be denied. 28 U.S.C. § 1915(a).

**II.    SCREENING**

The Court is required to screen complaints seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. §1915(a). Additionally, the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g), provides that:

> [i]n no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on three (3) or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

Plaintiff is considered a "three-striker" within the meaning of the PLRA, because at least three of his prior cases were dismissed for failure to state a claim.[1] He can, however, continue with this action in forma pauperis if he is in imminent danger of serious physical injury. This exception applies only if a threat of imminent danger exists at the time he filed his complaint. Martin v. Shelton, 319 F.3d 1048, 1050 (8th Cir. 2003). In his Complaint (Doc. No. 2), Plaintiff complains about retaliation, harassment, identity theft, and past denial of adequate dental care, which do not fall within the imminent danger exception of the PLRA. However, Plaintiff also vaguely alleges that he is in danger of harm because of constant sexual harassment. He does not allege any specific facts, dates, or persons involved, and as it stands, the Complaint does not state a claim of a threat of imminent danger, so as to grant him an exception to the three-strikes rule.

By Order dated June 2, 2016, this Court held in abeyance a ruling on Plaintiff's Motion to Proceed in forma pauperis, and directed him to submit an Amended Complaint, in order to determine if his allegations satisfy the exception to the three-strikes rule (Doc. No. 7). Plaintiff appealed the Order to United States District Judge J. Leon Holmes, who then dismissed the appeal, finding that the June 2, 2016 Order was not clearly erroneous or contrary to law (Doc. Nos. 8, 10). As of this date, however, Plaintiff has not submitted an Amended Complaint in accordance with the June 2, 2016 Order.

Therefore, the Court finds that Plaintiff's Complaint does not allege facts to support a claim of imminent danger of harm, and that his Motion to Proceed in forma pauperis should be denied.

### III. CONCLUSION

---

[1] Wright v. Hobbs, 2:13CV00078-KGB; Wright v. Beebe, 2:14CV00004-JLH; and Wright v. Bush, 4:12CV00717-BSM.

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff Wright's Motion to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> (Doc. No. 1) be DENIED.

2. Should Plaintiff wish to continue this case, he be required to submit the statutory filing fee of $400.00 to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, together with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

3. Plaintiff's Motion to Appoint Counsel (Doc. No. 3) be DENIED.

4. Plaintiff's Complaint be DISMISSED without prejudice.

IT IS SO RECOMMENDED this 12th day of July, 2016.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE