**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JOHN KIRBY WRIGHT,                                                                        PLAINTIFF
ADC #99769

v.                            2:16CV00083-JLH-JTK

MIKE WARNER, et al.                                              DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff Wright's motion to proceed *in forma pauperis* is DENIED. Document #1.

2. Should plaintiff wish to continue this case, he must submit the statutory filing fee of $400.00 to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, together with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

3. Plaintiff's motion to appoint counsel is DENIED. Document #3.

4. Plaintiff's complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 2nd day of August, 2016.

                                                                          _____
                                                                          J. LEON HOLMES
                                                                          UNITED STATES DISTRICT JUDGE