IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN KIRBY WRIGHT,                                                                      PLAINTIFF
ADC #99769

v.                               No. 2:16CV00083-JLH-JTK

MIKE WARNER, et al.                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 2nd day of August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE